IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAACO FRANCHISING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALID HASSOUN NAAMAN, ROGER D. NAAMAN, AND EDGAR THOMAS SMITH | : | NO. 10-7410 |

### ORDER

**AND NOW**, this 29th day of November, 2011, upon consideration of Plaintiff's Motion for Summary Judgment (Docket No. 26), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Reply Brief (Docket No. 29) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** on Count I of the Amended Complaint in Plaintiff's favor and against all Defendants in the amount of $130,120.12.

3. The Franchise Agreement was validly terminated as of September 30, 2010.

4. Plaintiff's request for attorneys' fees and costs, pursuant to the terms of the Franchise Agreement, is **GRANTED**. Plaintiff shall submit a petition for attorneys' fees and costs on or before December 13, 2011. Defendants shall file any objections thereto on or before December 20, 2011.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.